# CUSHNER & ASSOCIATES, P.C.

399 Knollwood Road, Suite 205 • WHITE PLAINS, NEW YORK 10603
PHONE (914) 600-5502 • FAX (914) 600-5544 • www.cushnerlegal.com

Todd S. Cushner**                                                                                  Charles A. Higgs, *Of Counsel*
James J. Rufo***

**Admitted NY, NJ, USDNJ, SDNY and EDNY   *** Admitted NY, SDNY, EDNY, NDNY and WDNY

September 14, 2019

**VIA ECF**
Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      **Re**:    In re: Lotus N. Gates, Chapter 13 Case No. 16-23721(SHL)
                Case Status Report – Motion to Dismiss on September 23, 2020

Dear Judge Lane:

      The law firm of Cushner & Associates, P.C. represents the debtor Lotus N. Gates (the "Debtor") in the above referenced matter.

      On July 10, 2020 the Chapter 13 Trustee filed a Motion to Dismiss with the hearing scheduled on July 29, 2020. At the hearing the Chapter 13 Trustee addressed that the debtor had defaulted under the terms of the plan in the amount of $12,420.

      Upon information and belief, the Debtor has become current with the defaulted amount of $12,420 stated under the terms of the plan. (see attached confirmation of same). The Debtor respectfully requests the Motion to Dismiss be withdrawn. Thank you for your attention to this matter.

                                                            Respectfully yours,

                                                           */s/ Todd S. Cushner*
                                                           Todd S. Cushner, Esq.
                                                           *Attorney for the Debtor*

# Case Number 1623721



## Debtor Information

| Debtor 1 | LOTUS GATES |
|---|---|
| Debtor 2 | |

## Trustee Information

| Trustee | Krista M. Preuss |
|---|---|

**Status**

| Data Last Updated | Sep 10, 2020 |
|---|---|
| Total Paid into Plan | $109,829.00 |
| Petition Filed on | Dec 15, 2016 |

**Debtor's Latest Payments**

| CASHIER CHECK 6893 | $2,827.00 | 08/17/2020 |
|---|---|---|
| CASHIER CHECK 2262 | $2,920.00 | 07/28/2020 |
| CASHIER CHECK 2243 | $10,000.00 | 07/21/2020 |

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Case Number | 1623721 | Filing Fee in Plan | $0.00 |
| Case Status | ACTIVE | Filing Fee Paid to Date | $0.00 |
| NDC Case Status | Active-Open | Date Petition Filed | 12/15/2016 |
| Last Receipt Date | 08/17/2020 | Date Plan Filed | |
| Last Receipt Amount | $2,827.00 | First 341 Meeting Date | 02/10/2017 |
| Last Disbursement Date | 08/31/2020 | Date Case Confirmed | 07/04/2018 |
| Total Paid into Plan | $109,829.00 | Date Case Closed | |
| Total Paid to all Parties | $109,829.00 | | |
| Total Paid to Creditors | $101,152.02 | | |
| Proposed Length Of Plan | | | |

### TRUSTEE INFORMATION

| Trustee Name | Krista M. Preuss |
|---|---|
| Trustee City | White Plains, NY |
| Amount Paid to Date | $5,702.12 |

### DEBTOR INFORMATION

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Debtor Name | LOTUS GATES | Debtor Name | |
| AKA | | AKA | |
| DBA | | DBA | |

### JUDGE/ATTORNEY INFORMATION

| Judge Name | Sean H. Lane |
|---|---|
| Court District | |
| Court Division | |
| Region | |
| Attorney Name | CUSHNER & ASSOCIATES, P.C. |
| Attorney Phone | 9146005502 |
| Attorney Fee in Plan | $7,722.95 |
| Attorney Paid to Date | $7,722.95 |
| Attorney Fee Paid Outside Plan | $0.00 |

| Payroll Deduction Amt | | Payroll Deduction Amt | | | |
| --- | --- | --- | --- | --- | --- |
| Payroll Deduction Frequency | | Payroll Deduction Frequency | | | |

**PLAN STEPS**        **COURT DOCKET**

| START DATE | END DATE | NUMBER OF PAY PERIODS | PAYMENT AMOUNT | PAYMENT FREQUENCY |
| --- | --- | --- | --- | --- |
| 01/2017 | 11/2017 | 11 | $1,715.00 | MONTHLY |
| 12/2017 | | | $2,827.00 | MONTHLY |